## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | |
| Lauren A. Thomas, | : | **Case No. 11-25597-GLT** |
| Debtor | : | **Chapter 13** |
| | : | |
| Lauren A. Thomas, | : | |
| Movant | : | |
| | : | **Doc. No. 136** |
| vs. | : | |
| | : | |
| BNY Mellon | : | |
| MBNA Private with PA Srvs, LLC | : | **Related to Docket No. 135** |
| One BNY Mellon Center | : | |
| Room 3012 | : | |
| Pittsburgh, PA 15258 | : | |
| Attention: Payroll Administrator | : | |
| Respondent | : | |
| | : | |
| and | : | **Filed Under Local Bankruptcy** |
| | : | **Rule 9013.4 Para. 6(c)** |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-3776. | : | |

### CERTIFICATE OF SERVICE OF WAGE TERMINATION ORDER
### ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the August 4, 2016 I served a copy of the above-captioned pleading and within Wage Termination Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on August 4, 2016          /s/ Sharla Munroe
                                    Sharla Munroe, Paralegal
                                    McElrath Legal Holdings, LLC.
                                    1641 Saw Mill Run Boulevard
                                    Pittsburgh, PA 15210
                                    412-765-3606
                                    Fax : 412-765-1917

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

BNY Mellon
MBNA Private with PA Srvs, LLC
One BNY Mellon Center
Room 3012
Pittsburgh, PA 12558
Attention: Payroll Administrator

Lauren A. Thomas
1503 Methyl Street
Pittsburgh, PA 15216