**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2016 AUG -3 P 3:31
CLERK
U.S. BANKRUPTCY
COURT - PGH

| | |
|---|---|
| IN RE:<br>  LAUREN A. THOMAS<br><br>           Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>LAUREN A. THOMAS<br><br><br>         Respondents | Case No.11-25597GLT<br><br><br>Chapter 13<br><br><br>Related to Docket No. 134 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 3rd Day of August, 2016          0__, it is hereby ORDERED, ADJUDGED, and DECREED that,

The Bank Of New York Mellon
Attn: Payroll Manager
One Mellon Ctr Room 0600
Pittsburgh,PA 15258

is hereby ordered to immediately terminate the attachment of the wages of LAUREN A. THOMAS, social security number XXX-XX-3776. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LAUREN A. THOMAS.

FURTHER ORDERED:

BY THE COURT:

_____
**drb**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lauren A. Thomas  
     Debtor

Case No. 11-25597-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Aug 03, 2016  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2016.  
db         +Lauren A. Thomas,    1503 Methyl Street,    Pittsburgh, PA 15216-3325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2016 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    J.P. Morgan Chase Bank, N.A., as Acquirer of Certain Assets and Liabilities of Washington Mutual Bank from The Federal Deposit Insurance Corporation Acting as Receiver F/K/A Washington Mutual Bank F.A agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Jason J. Mazzei    on behalf of Plaintiff Lauren A. Thomas jasonmazzei@me.com, donotemail.mazzeiecfbackuponly@gmail.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Paul W. McElrath, Jr.    on behalf of Debtor Lauren A. Thomas ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
         William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com  
                                                                                                  TOTAL: 8