FILED
1/3/17 10:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>    LAUREN A. THOMAS<br><br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>        vs.<br>    No Repondents. | Case No.:11-25597<br><br>Chapter 13<br><br>Related to Docket No. 140 |

ORDER OF COURT

AND NOW, this 3rd Day of January, 2017 ., upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE    drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 11-25597-GLT
Lauren A. Thomas                                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut          Page 1 of 2          Date Rcvd: Jan 03, 2017
               Form ID: pdf900      Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2017.
```
db              +Lauren A. Thomas,    1503 Methyl Street,   Pittsburgh, PA 15216-3325
cr               AmeriCredit Financial Services, Inc. dba GM Financ,   P.O. Box 99605,
                 Arlington, TX 76096-9605
cr              +Equitable Gas Bankruptcy Department,   Attn:  Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr               JPMORGAN CHASE BANK, NA AS TRUSTEE FOR CDC MORTGAG,   Mail Code LA4-5555  700 Kansas Lane,
                 Monroe, LA  71203
cr              +JPMorgan Chase Bank, N.A.,    700 Kansas Lane, Mail Code, LA4-5555,   Monroe, LA 71203-4774
13179526        ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
                 (address filed with court: AmeriCredit Financial Services, Inc.,   PO Box 183853,
                 Arlington, Texas  76096)
13171968        +Aes/Pnc/Natl,    Pob 2461,   Harrisburg, PA 17105-2461
13171969        +Americredit,    Po Box 181145,   Arlington, TX 76096-1145
13171972        ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                 (address filed with court: Chase,    Po Box 1093,   Northridge, CA 91328)
13183233        ++CHRYSLER FINANCIAL,    27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
                 (address filed with court: Chrysler Financial,    5225 Crooks Road, Suite 140,   Troy, MI 48098)
13171973        +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
13183232        +Childrens Hospital of Pittsburgh,    3705 Fifth Avenue,   Pittsburgh, PA 15213-2584
13183234        +Citibank Home Depot Velocity,    c/o Edwin Abrahamsen,    1729 Pittston Avenue,
                 Scranton, PA 18505-4514
13171976        +Credit Protection,    13355 Noel Rd, 21st Floor  P O Box 80206,    Dallas, TX 75240-6837
13171977         Dollar Bank,    3 Gateway Center Pittsburgh,   Pittsburgh, PA 15222
13183235         Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,   Pittsburgh, PA 15219
13171978        +Gmac Mortgage,    Po Box 780,   Waterloo, IA 50704-0780
13171979        ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,   CAROL STREAM IL 60197-5213
                 (address filed with court: Hsbc/Bsbuy,    Po Box 15519,   Wilmington, DE 19850)
13171980        +Hsbc/Bstby,    Pob 15521,   Wilmington, DE 19850-5521
13389832        +JP Morgan Chase Bank, N.A.,    MAIL CODE: OH4- 7133,    3415 Vision Drive,
                 Columbus, OH 43219-6009
13208414        +JPMorgan Chase Bank N.A. Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,   Monroe LA 71203-4774
13183236        +Nationwide Servicing Center,    6727 Flanders Drive,   Suite 215,   San Diego, CA 92121-2926
13171982        +Parkvale Savings Bank,    4220 William Penn Hwy,   Monroeville, PA 15146-2774
13183237         Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219
13183238         Pittsburgh Parking Court,    P.O. Box 640,   Pittsburgh, PA 15230-0640
13171983        +Pncbank,    2730 Liberty Ave,   Pittsburgh, PA 15222-4747
13183239        +Point Park University,    Office of Student Accounts,    201 Wood Street,
                 Pittsburgh, PA 15222-1912
13183240        +Professional Account Management,    633 West Wisconsin Avenue,   Milwaukee, WI 53203-1920
13171984        +Professnl Acct Mgmt In,    633 W Wisconsin Ave Ste,   Milwaukee, WI 53203-1920
13171985        +Td Auto Finance,    5225 Crooks Rd Ste 140,   Troy, MI 48098-2823
13183241        +University of Pittsburgh,    School of Dental Medicine,   G18 Salk Hall,   3501 Terrace Street,
                 Pittsburgh, PA 15261-0001
13171986        +Verizon Pa,    236 E Town St  #170,   Columbus, OH 43215-4631
13171987        +Verizon Pennsylvania I,    500 Technology Dr,   Weldon Spring, MO 63304-2225
13171988        +Wfnnb/Valucityroomstod,    Po Box 182303,   Columbus, OH 43218-2303
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13174896         E-mail/Text: EBNProcessing@afni.com Jan 04 2017 01:46:52      Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
13171970         E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 04 2017 01:46:46     Asset Acceptance Llc,
                 Po Box 2036,   Warren, MI 48090-2036
13171971         E-mail/Text: bankruptcy@cavps.com Jan 04 2017 01:46:57      Cavalry Portfolio Serv,
                 7 Skyline Dr Ste 3,   Hawthorne, NY 10532-2162
13197364         E-mail/Text: bankruptcy@cavps.com Jan 04 2017 01:46:57      Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
13171974         E-mail/Text: saratipton@ccsitexas.com Jan 04 2017 01:47:09      Complete Credit Soluti,
                 2921 Brown Trl,   Bedford, TX 76021-4174
13171975         E-mail/Text: hariasdiaz@creditmanagementcompany.com Jan 04 2017 01:46:59
                 Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13171981         E-mail/Text: ebn@vativrecovery.com Jan 04 2017 01:46:30      Palisades Collection L,
                 210 Sylvan Ave,   Englewood, NJ 07632-2510
13190955         E-mail/Text: ebn@vativrecovery.com Jan 04 2017 01:46:30      Palisades Collections, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collections, LLC,
                 PO Box 40728,   Houston TX 77240-0728
                                                                                          TOTAL: 8
```

District/off: 0315-2          User: mgut              Page 2 of 2          Date Rcvd: Jan 03, 2017
                             Form ID: pdf900          Total Noticed: 42

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Duquesne Light Company
cr            J.P. Morgan Chase Bank, N.A., as Acquirer of Certa
13171967      Lauren A. Thomas
cr*           ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
              (address filed with court:  AmeriCredit Financial Services, Inc.,   P.O. Box 183853,
              Arlington, TX  76096)
13180867*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
              (address filed with court:  Americredit Financial Services, Inc.,   PO Box 183853,
              Arlington TX 76096)
                                                                                 TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    J.P. Morgan Chase Bank, N.A., as Acquirer of Certain
          Assets and Liabilities of Washington Mutual Bank from The Federal Deposit Insurance Corporation
          Acting as Receiver F/K/A Washington Mutual Bank F.A agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    J.P. Morgan Chase Bank, N.A., as Acquirer of Certain
          Assets and Liabilities of Washington Mutual Bank from The Federal Deposit Insurance Corporation
          Acting as Receiver F/K/A Washington Mutual Bank F.A bkgroup@kmllawgroup.com
          Jason J. Mazzei    on behalf of Plaintiff Lauren A. Thomas jasonmazzei@me.com,
          donotemail.mazzeiecfbackuponly@gmail.com
          Joshua I. Goldman    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Lauren A. Thomas ecf@mcelrathlaw.com,
          donotemail.ecfbackuponly@gmail.com
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
          rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
          mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                       TOTAL: 10